■ THERESA HALLER, Administratrix of the Estate of JEAN DIEJOIA, Deceased, Appellant, v GERALD M. GACIOCH, M.D., et al., Respondents. (Appeal No. 1.) [890 NYS2d 853]—

Present—Centra, J.P., Peradotto, Green and Pine, JJ.